UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:09-CR-81(01)RM |
| | ) | |
| LENIN NOEL AMAYA-RAMOS | ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on September 22, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 19], ACCEPTS defendant Lenin Amaya-Ramos' plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 8 U.S.C. § 1326(a) and (b)(2).

SO ORDERED.

ENTERED:   October 14, 2009

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court